UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOE A. LIZARRAGA, Warden,<br><br>　　　　Respondent. | No. 2:17-cv-0156 MCE AC P<br><br><br>ORDER |

An order of this court recently served on petitioner at his last address of record (California State Prison, Los Angeles County) was returned undelivered. Review of the Inmate Locator website operated by the California Department of Corrections and Rehabilitation indicates that petitioner is now incarcerated at California State Prison Sacramento.[1] Accordingly, the Clerk of Court IS HEREBY DIRECTED to re-serve the court's order filed March 24, 2017 (ECF No. 9), on petitioner at California State Prison Sacramento.

DATED: April 13, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] See http://inmatelocator.cdcr.ca.gov/search.aspx. See also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).

1