UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC, | No. 2:17-cv-0156 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| JOE A. LIZARRAGA, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 23. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 19, 2017, are adopted in full;
2. Respondent's motion to dismiss, ECF No. 15, is denied;

1

3. Respondent is directed to file and serve an answer to the petition within thirty days after the district judge adopts these findings and recommendations;

4. Petitioner is directed to file and serve a reply, if any, within thirty days after service of respondent's answer.

IT IS SO ORDERED.

Dated: January 25, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE