UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC, | No. 2:17-cv-0156 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| JOE A. LIZARRAGA, Warden, | |
| Respondent. | |

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On April 19, 2022, the magistrate judge issued findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 29. Petitioner has filed objections to the findings and recommendations, ECF No. 30, and respondent has replied to the objections, ECF No. 31.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued April 19, 2022 (ECF No. 29), are ADOPTED in full;

2. The petition is DENIED and this case is closed; and

3. The court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: October 10, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

2